UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JAMES JOYNER, | ) Case No. EDCV 08-502 GAF(JC) |
| Petitioner, | ) (PROPOSED) JUDGMENT |
| v. | ) |
| JAMES HARTLEY, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: October 6, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE