UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN JAMES JOYNER,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES HARTLEY,<br><br>   Respondent. | Case No. EDCV 08-502 GAF(JC)<br><br>(PROPOSED)<br><br>ORDER DENYING A CERTIFICATE OF APPEALABILITY |

  An appeal may not be taken from the denial by a United States District Judge of an application for a writ of habeas corpus in which the detention complained of arises from process issued by a state court "unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)."  Fed. R. App. P. 22(b).

  Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, the District Court "must issue or deny a certificate of appealability when it enters a final order adverse to applicant."

  "A certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  A "substantial showing . . . includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been

Case 5:08-cv-00502-GAF-JC   Document 30   Filed 10/06/11   Page 2 of 2   Page ID #:315

resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" Slack v. McDaniel, 529 U.S. 473, 484 (2000) (citation omitted); see also Sassounian v. Roe, 230 F.3d 1097, 1101 (9th Cir. 2000).  Thus, "[w]here a district court has rejected the constitutional claims on the merits, . . . [t]he petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack, 529 U.S. at 484.

Concurrently with the issuance of this Order, the Court has accepted the Magistrate Judge's finding and conclusion that the Petition for a Writ of Habeas Corpus ("Petition") should be denied on its merits and has directed that a final judgment adverse to the petitioner be entered.

In accordance with 28 U.S.C. § 2253(c)(3), the Court finds that petitioner has not made the requisite substantial showing of a denial of a constitutional right with respect to any of the grounds for relief set forth in the Petition.

THEREFORE, pursuant to 28 U.S.C. § 2253, a certificate of appealability is denied.

DATED:  October 6, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE